1
2
3
4
5
6
7

**FILED**
CLERK, U.S. DISTRICT COURT

**4/1/25**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MRV_____ DEPUTY

8          UNITED STATES DISTRICT COURT

9        FOR THE CENTRAL DISTRICT OF CALIFORNIA

10           January 2025 Grand Jury

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CR  2:25-cr-00228-PA |
| 12          Plaintiff, | I N D I C T M E N T |
| 13          v. | [21 U.S.C. § 846: Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine, Methamphetamine, Ketamine, and MDMA; 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii), (b)(1)(C), (b)(1)(E)(i): Distribution and Possession with Intent to Distribute Cocaine, Methamphetamine, Ketamine, and MDMA; 21 U.S.C. § 853: Criminal Forfeiture] |
| 14  DAVIT AVALYAN, HRANT GEVORGYAN, | |
| 15  HAYK GRIGORYAN,    aka "Hayk Greg," and | |
| 16  GURGEN NERSESYAN,    aka "Guro Tiko," | |
| 17          Defendants. | |
| 18 | |
| 19 | |

20      The Grand Jury charges:

21                    INTRODUCTORY ALLEGATIONS

22      At times relevant to this Indictment:

23      1.   The "Tor network," often referred to as "Tor," was a

24  network of computers on the Internet, distributed around the world,

25  that was designed to conceal the true Internet Protocol ("IP")

26  addresses of the computers accessing the network, and, thereby, the

27  locations and identities of the network's users.  Web addresses on

28  Tor could only be accessed through specific web browser software,

including a major dark-web browser known as "Tor Browser," designed to access the Tor network.

2.    "Darknet markets," also called "dark web marketplaces," refer to extensive, sophisticated, and widely used criminal marketplaces operating on the Tor network, which allow participants to buy and sell illegal items, such as drugs, and other hazardous materials with greater anonymity than is possible on the traditional Internet.  Buyers purchase illegal narcotics and contraband from darknet markets using digital currency, such as Bitcoin and Monero.

3.    Dream Market, Wallstreet, Empire, Silk Road 3.1, ToRReZ, Dark0de, World Market, Tor2Door, alphabay, Incognito, ASAP, Ares, MGM Grand, Archetyp, Abacus, DrugHub, and DarkMatter were, at various times, popular darknet markets widely used by individuals in the United States to buy and sell drugs and other contraband.

4.    Vendors and buyers on Dream Market, Wallstreet, Empire, Silk Road 3.1, ToRReZ, Dark0de, World Market, Tor2Door, alphabay, Incognito, ASAP, Ares, MGM Grand, Archetyp, Abacus, DrugHub, and DarkMatter markets operated under anonymous monikers.  However, similar to traditional e-commerce websites that offer legitimate goods for sale, vendors on the darknet markets received ratings from buyers based on, among other things, the purported quality of the drugs sold, reliability of delivery, and whether the vendor was responsive to questions about the contraband being sold.

5.    Vendors on darknet markets concealed their communications with buyers through an encryption system known as "Pretty Good Privacy" or simply "PGP encryption".  Secure communication using PGP encryption required the use of what is known as a "public key," which is a string of alphanumeric characters that enabled a user to receive

1   encrypted messages from others.  Since public keys were associated

2   with specific anonymous monikers, vendors on darknet marketplaces

3   listed their public keys in listings for illegal drugs and contraband

4   so that buyers could communicate directly with the vendor.

5       6.    Vendors JoyInc, LaFarmacia, WhiteDoc, JanesAddiction,

6   DaShop, WhiteRepublic, Tomorowland, PlanetHollywood, DopeValley, and

7   Major2Minor sold cocaine, methamphetamine, 3, 4-

8   Methylenedioxymethamphetamine ("MDMA"), and ketamine to drug

9   customers on these darknet markets in exchange for cryptocurrency,

10  such as Bitcoin and Monero, and shipped the drugs throughout the

11  United States via the United States Postal Service.  An example of

12  vendor JoyInc on the Drughub market selling ketamine, MDMA, and bulk

13  options of cocaine on September 4, 2024, is depicted below.



27      7.    These Introductory Allegations are incorporated into each

28  count of the Indictment.

COUNT ONE

[21 U.S.C. § 846]

[ALL DEFENDANTS]

A.   OBJECTS OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury, but no later than in or around September 2018, and continuing through a date unknown, but no earlier than on or about February 4, 2025, in Los Angeles County, within the Central District of California, and elsewhere, defendants DAVIT AVALYAN ("AVALYAN"), HRANT GEVORGYAN ("GEVORGYAN"), HAYK GRIGORYAN ("GRIGORYAN"), also known as ("aka") "Hayk Greg," and GURGEN NERSESYAN ("NERSESYAN"), aka "Guro Tiko," conspired with each other and with others known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute the following controlled substances:

1.   At least 50 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii);

2.   At least 5 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(viii);

3.   At least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(ii)(II);

4.   Cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C);

5.    Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C);

6.    3, 4-Methylenedioxymethamphetamine ("MDMA"), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C); and

7.    Ketamine, a Schedule III controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(E)(i).

B.    MANNER AND MEANS OF THE CONSPIRACY

The objects of the conspiracy were to be accomplished, in substance, as follows:

1.    Co-conspirators would maintain dark net drug vendor accounts, including "JoyInc," "LaFarmacia," "Whitedoc," "JanesAddiction," "DaShop," "WhiteRepublic," "Tomorowland," "PlanetHollywood," "DopeValley," and "Major2Minor," which operated on several darknet marketplaces, including Dream Market, Wallstreet, Empire, Silk Road 3.1, ToRReZ, Dark0de, World Market, Tor2Door, alphabay, Incognito, ASAP, Ares, MGM Grand, Archetyp, Abacus, DrugHub, and DarkMatter and would sell methamphetamine, cocaine, MDMA, and ketamine to customers across the United States.

2.    Defendants AVALYAN, GEVORGYAN, GRIGORYAN, and NERSESYAN would fulfill drug orders through the various darknet drug vendor accounts by packaging the drugs into parcels and by delivering those drug parcels to post offices and postal mailboxes in Los Angeles County and elsewhere.

3.    Defendant AVALYAN would obtain tracking labels and purchase bulk quantities of postage stamps from United States Post Offices to ship drug orders.

5

1   C.   OVERT ACTS

2        In furtherance of the conspiracy and to accomplish its objects,

3   on or about the following dates, defendants AVALYAN, GEVORGYAN,

4   GRIGORYAN, and NERSESYAN, and others known and unknown to the Grand

5   Jury, committed various overt acts within the Central District of

6   California, and elsewhere, including, but not limited to, the

7   following:

8                **November 15, 2018 Cocaine Sale Via JoyInc**

9        Overt Act No. 1:   On November 15, 2018, at least one co-

10  conspirator operating the "JoyInc" vendor account on the Dream Market

11  marketplace accepted an order for two grams of cocaine, paid via

12  Bitcoin, from a person who the co-conspirator believed was a drug

13  buyer, but who, in fact, was an undercover Special Agent of the

14  Federal Bureau of Investigation ("FBI").

15       Overt Act No. 2:   On November 16, 2018, after receiving the

16  Bitcoin payment from an FBI Special Agent, at least one co-

17  conspirator packaged and shipped a parcel containing approximately

18  1.999 grams of a mixture and substance containing a detectable amount

19  of cocaine to an FBI Special Agent.

20              **November 15, 2018 Cocaine Sale Via La Farmacia**

21       Overt Act No. 3:   On November 15, 2018, at least one co-

22  conspirator operating the "La_Farmacia" vendor account on the Dream

23  Market marketplace accepted an order for 3.5 grams of cocaine, paid

24  via Bitcoin, from a person who the co-conspirator believed was a drug

25  buyer, but who, in fact, was an undercover FBI Special Agent.  The

26  vendor webpage stated, "WE REPRESENT A SMALL PART OF A BIG

27  TRAFFICKING RING, RECENTLY FOUND OUT ABOUT DARK WEB, DECIDED TO

28  EXPAND OUR OPERATIONS."

1  Overt Act No. 4:    On November 17, 2018, after receiving the
2  Bitcoin payment from an FBI Special Agent, at least one co-
3  conspirator packaged and shipped a parcel containing approximately
4  3.539 grams of a mixture and substance containing a detectable amount
5  of cocaine to an FBI Special Agent.

6  **February 7, 2019 Cocaine Sale Via JoyInc**

7  Overt Act No. 5:    On February 7, 2019, at least one co-
8  conspirator operating the "JoyInc" vendor account on the Dream Market
9  marketplace accepted an order for two grams of cocaine, paid via
10  Bitcoin, from a person who the co-conspirator believed was a drug
11  buyer, but who, in fact, was an undercover FBI Special Agent.

12  Overt Act No. 6:    After receiving the Bitcoin payment from an
13  FBI Special Agent, at least one co-conspirator packaged and shipped a
14  parcel containing approximately 1.981 grams of a mixture and
15  substance containing a detectable amount of cocaine to an FBI Special
16  Agent, who received it on February 11, 2019.

17  **March 19, 2019 Cocaine Sale Via JoyInc**

18  Overt Act No. 7:    On March 19, 2019, at least one co-
19  conspirator operating the "JoyInc" vendor account on the Dream Market
20  marketplace accepted an order for two grams of cocaine, paid via
21  Bitcoin, from a person who the co-conspirator believed was a drug
22  buyer, but who, in fact, was an undercover FBI Special Agent.

23  Overt Act No. 8:    After receiving the Bitcoin payment from an
24  FBI Special Agent, at least one co-conspirator packaged and shipped a
25  parcel containing approximately 2.000 grams of a mixture and
26  substance containing a detectable amount of cocaine to an FBI Special
27  Agent, who received it on March 21, 2019.

28

1

### April 3, 2019 Cocaine Sale Via JoyInc

2     Overt Act No. 9:    On April 3, 2019, at least one co-

3 conspirator operating the "JoyInc" vendor account on the Wallstreet

4 marketplace accepted an order for four grams of cocaine, paid via

5 Bitcoin, from a person who the co-conspirator believed was a drug

6 buyer, but who, in fact, was an undercover FBI Special Agent.

7     Overt Act No. 10:    After receiving the Bitcoin payment from an

8 FBI Special Agent, at least one co-conspirator packaged and shipped a

9 parcel containing approximately 3.9 grams of a mixture and substance

10 containing a detectable amount of cocaine to an FBI Special Agent,

11 who received it on April 18, 2019.

12

### April 25, 2019 Cocaine Sale Via JoyInc

13     Overt Act No. 11:    On April 25, 2019, at least one co-

14 conspirator operating the "JoyInc" vendor account on the Empire

15 marketplace accepted an order for two grams of cocaine, paid via

16 Bitcoin, from a person who the co-conspirator believed was a drug

17 buyer, but who, in fact, was an undercover Homeland Security

18 Investigations ("HSI") Special Agent.

19     Overt Act No. 12:    After receiving the Bitcoin payment from an

20 HSI Special Agent, at least one co-conspirator packaged and shipped a

21 parcel containing approximately 1.984 grams of a mixture and

22 substance containing a detectable amount of cocaine to an FBI Special

23 Agent, who received it on April 29, 2019.

24

### June 11, 2019 Cocaine Sale Via JoyInc

25     Overt Act No. 13:    On June 11, 2019, at least one co-

26 conspirator operating the "JoyInc" vendor account on the Empire

27 marketplace accepted an order for 7.5 grams of cocaine, paid via

28 Bitcoin, from a person who the co-conspirator believed was a drug

buyer, but who, in fact, was an undercover FBI Special Agent.  The vendor webpage stated, "We are not new . . . We are new here on EMPIRE.  Please welcome vendor JOYinc very reputable vendor with 3K+ sales and A+ rating from other markets."

Overt Act No. 14:  After receiving the Bitcoin payment from an FBI Special Agent, at least one co-conspirator packaged and shipped a parcel containing approximately 7.4 grams of a mixture and substance containing a detectable amount of cocaine to an FBI Special Agent, who received it on June 17, 2019.

**September 26, 2019 MDMA Sale Via Whitedoc**

Overt Act No. 15:  On September 26, 2019, at least one co-conspirator operating the "Whitedoc" vendor account on the Silk Road 3.1 marketplace accepted an order for 3.5 grams of MDMA, paid via Bitcoin, from a person who the co-conspirator believed was a drug buyer, but who, in fact, was an undercover FBI Special Agent.

Overt Act No. 16:  After receiving the Bitcoin payment from an FBI Special Agent, at least one co-conspirator packaged and shipped a parcel containing approximately 3.47 grams of MDMA to an FBI Special Agent, who received it on September 30, 2019.

**April 29, 2020 Cocaine Sale Via JoyInc**

Overt Act No. 17:  On April 29, 2020, at least one co-conspirator operating the "JoyInc" vendor account on the Empire marketplace accepted an order for 3.5 grams of cocaine, paid via Bitcoin, from a person who the co-conspirator believed was a drug buyer, but who, in fact, was an undercover FBI Special Agent.

Overt Act No. 18:  After receiving the Bitcoin payment from an FBI Special Agent, at least one co-conspirator packaged and shipped a parcel containing approximately 3.50 grams of a mixture and substance

9

containing a detectable amount of cocaine to an FBI Special Agent, who received it on May 11, 2020.

### May 25, 2021 Methamphetamine Sale Via LaFarmacia

Overt Act No. 19:  On May 25, 2021, at least one co-conspirator operating the "LaFarmacia" vendor account on the ToRReZ marketplace accepted an order for 28 grams of methamphetamine, paid via Monero, from a person who the co-conspirator believed was a drug buyer, but who, in fact, was an undercover FBI Special Agent.

Overt Act No. 20:  After receiving the Monero payment from an FBI Special Agent, at least one co-conspirator packaged and shipped four parcels containing a total of approximately 26.39 grams of methamphetamine to an FBI Special Agent, who received them on June 1, 2021.  One of the parcels bore the sender name R.K. at an address in Los Angeles, California, and another parcel bore the sender name M.I. at an address in Los Angeles, California.

### June 15, 2021 Methamphetamine Sale Via JoyInc

Overt Act No. 21:  On June 15, 2021, at least one co-conspirator operating the "JoyInc" vendor account on the Dark0de marketplace accepted an order for seven grams of methamphetamine, paid via Bitcoin, from a person who the co-conspirator believed was a drug buyer, but who, in fact, was an undercover FBI Special Agent.

Overt Act No. 22:  After receiving the Bitcoin payment from an FBI Special Agent, at least one co-conspirator packaged and shipped a parcel containing approximately 6.632 grams of methamphetamine to an FBI Special Agent, who received it on June 23, 2021.

### July 9, 2021 Methamphetamine Sale Via JanesAddiction

Overt Act No. 23:  On July 9, 2021, at least one co-conspirator operating the "JanesAddiction" vendor account on the ToRReZ

marketplace accepted an order for 3.5 grams of methamphetamine, paid via Bitcoin, from a person who the co-conspirator believed was a drug buyer, but who, in fact, was an undercover FBI Analyst.

Overt Act No. 24:  After receiving the Bitcoin payment from an FBI Analyst, at least one co-conspirator packaged and shipped a parcel containing approximately 3.397 grams of methamphetamine to an FBI Special Agent, who received it on July 16, 2021.  The parcel bore sender name F.W. at an address in Los Angeles, California.

### Co-conspirator Communications

Overt Act No. 25:  On October 5, 2021, defendant GRIGORYAN said to defendant NERSESYAN in a chat, "[W]ere you aware that they had increased the prices for the stamps? . . . All the ones that were sent on Monday gradually will be coming back."

### October 5, 2021 Methamphetamine Sale Via JanesAddiction

Overt Act No. 26:  On October 5, 2021, at least one co-conspirator operating the "JanesAddiction" vendor account on the ToRReZ marketplace accepted an order for 14 grams of methamphetamine, paid via Bitcoin, from a person who the co-conspirator believed was a drug buyer, but who, in fact, was an undercover FBI Analyst.

Overt Act No. 27:  After receiving the Bitcoin payment from an FBI Analyst, at least one co-conspirator packed and shipped two parcels containing a total of approximately 14.0 grams of methamphetamine to an FBI Special Agent, who received them on October 15, 2021.  One parcel bore sender name S.H. at an address in Los Angeles, California, with a Castillo de San Marcos stamp and an additional stamp.

1

**October 20, 2021 Methamphetamine Sale Via JOYInc**

2      <u>Overt Act No. 28:</u>    On October 20, 2021, at least one co-

3  conspirator operating the "JOYInc" vendor account on the ToRReZ

4  marketplace accepted an order for seven grams of methamphetamine,

5  paid via Bitcoin, from a person who the co-conspirator believed was a

6  drug buyer, but who, in fact, was an undercover FBI Special Agent.

7      <u>Overt Act No. 29:</u>    After receiving the Bitcoin payment from an

8  FBI Special Agent, at least one co-conspirator packed and shipped a

9  parcel containing approximately 6.99 grams of methamphetamine to an

10  FBI Special Agent, who received it on October 28, 2021.

11

**October 21, 2021 Methamphetamine Sale Via LaFarmacia**

12      <u>Overt Act No. 30:</u>    On October 21, 2021, at least one co-

13  conspirator operating the "LaFarmacia" vendor account on the ToRReZ

14  marketplace accepted an order for seven grams of methamphetamine,

15  paid via Bitcoin, from a person who the co-conspirator believed was a

16  drug buyer, but who, in fact, was an undercover FBI Analyst.

17      <u>Overt Act No. 31:</u>    After receiving the Bitcoin payment from an

18  FBI Analyst, at least one co-conspirator packed and shipped a parcel

19  containing approximately 6.90 grams of methamphetamine to an FBI

20  Special Agent, who received it on October 28, 2021.

21

**January 18, 2022 Cocaine and MDMA Sale Via DaShop**

22      <u>Overt Act No. 32:</u>    On January 18, 2022, at least one co-

23  conspirator operating the "DaShop" vendor account on the Dark0de

24  marketplace accepted an order for 3.5 grams of cocaine, paid via

25  Bitcoin, from a person who the co-conspirator believed was a drug

26  buyer, but who, in fact, was an undercover Drug Enforcement

27  Administration ("DEA") Special Agent.

28

1    <u>Overt Act No. 33:</u>   On January 18, 2022, at least one co-
2    conspirator operating the "DaShop" vendor account on the Dark0de
3    marketplace accepted an order for seven grams of MDMA, paid via
4    Bitcoin, from a person who the co-conspirator believed was a drug
5    buyer, but who, in fact, was an undercover DEA Special Agent.

6    <u>Overt Act No. 34:</u>   After receiving the Bitcoin payment from a
7    DEA Special Agent, at least one co-conspirator packed and shipped a
8    parcel containing approximately 3.50 grams of a mixture and substance
9    containing a detectable amount of cocaine and approximately 6.947
10   grams of MDMA to a DEA Special Agent, who received it on January 26,
11   2022.

12       **February 3, 2022 Methamphetamine Sale Via WhiteRepublic**

13   <u>Overt Act No. 35:</u>   On February 3, 2022, at least one co-
14   conspirator operating the "WhiteRepublic" vendor account on the
15   Dark0de marketplace accepted an order for 3.5 grams of
16   methamphetamine, paid via Bitcoin, from a person who the co-
17   conspirator believed was a drug buyer, but who, in fact, was an
18   undercover FBI Special Agent.

19   <u>Overt Act No. 36:</u>   After receiving the Bitcoin payment from an
20   FBI Special Agent, at least one co-conspirator packed and shipped a
21   parcel containing approximately 3.50 grams of methamphetamine to an
22   FBI Special Agent, who received it on February 16, 2022.

23       **February 3, 2022 Methamphetamine Sale Via WhiteDoc**

24   <u>Overt Act No. 37:</u>   On February 3, 2022, at least one co-
25   conspirator operating the "WhiteDoc" vendor account on the World
26   Market marketplace accepted an order for 3.5 grams of
27   methamphetamine, paid via Bitcoin, from a person who the co-

28

conspirator believed was a drug buyer, but who, in fact, was an undercover FBI Analyst.

Overt Act No. 38:  After receiving the Bitcoin payment from an FBI Analyst, at least one co-conspirator packed and shipped a parcel containing approximately 3.44 grams of methamphetamine to an FBI Special Agent, who received it on February 9, 2022.

### February 9, 2022 Methamphetamine Sale Via Tomorowland

Overt Act No. 39:  On February 9, 2022, at least one co-conspirator operating the "Tomorowland" vendor account on the Dark0de marketplace accepted an order for seven grams of methamphetamine, paid via Bitcoin, from a person who the co-conspirator believed was a drug buyer, but who, in fact, was an undercover FBI Special Agent.

Overt Act No. 40:  After receiving the Bitcoin payment from an FBI Special Agent, at least one co-conspirator packed and shipped a parcel containing approximately 6.832 grams of methamphetamine to an FBI Special Agent, who received it on February 22, 2022.  The parcel bore a Castillo de San Marcos stamp with an additional stamp, and the sender name F.W. at an address in Los Angeles, California, which matched the sender information for the parcel described in Overt Act 24.

### Co-conspirator Communications

Overt Act No. 41:  On February 22, 2022, defendant NERSESYAN said to defendant GRIGORYAN in a chat, "Tomorrow I will bring stamps."

### March 14, 2022 Cocaine and MDMA Sale Via DaShop

Overt Act No. 42:  On March 14, 2022, at least one co-conspirator operating the "DaShop" vendor account on the World Market marketplace accepted an order for 3.5 grams of cocaine, paid via

Bitcoin, from a person who the co-conspirator believed was a drug buyer, but who, in fact, was an undercover Costa Mesa Police Department ("CMPD") Detective.

Overt Act No. 43:    On March 14, 2022, at least one co-conspirator operating the "DaShop" vendor account on the World Market marketplace accepted an order for one gram of MDMA, paid via Bitcoin, from a person who the co-conspirator believed was a drug buyer, but who, in fact, was an undercover CMPD Detective.

Overt Act No. 44:    After receiving the Bitcoin payment from a CMPD Detective, at least one co-conspirator packed and shipped a parcel containing approximately 3.50 grams of a mixture and substance containing a detectable amount of cocaine and approximately 1.018 grams of MDMA to a CMPD Detective, who received it on March 25, 2022.

### July 13, 2022 Methamphetamine Sale Via JoyInc

Overt Act No. 45:    On July 13, 2022, at least one co-conspirator operating the "JoyInc" vendor account on the Tor2Door marketplace accepted an order for seven grams of methamphetamine, paid via Bitcoin, from a person who the co-conspirator believed was a drug buyer, but who, in fact, was an undercover FBI Analyst.

Overt Act No. 46:    After receiving the Bitcoin payment from an FBI Analyst, at least one co-conspirator packed and shipped a parcel containing approximately 6.912 grams of methamphetamine to an FBI Special Agent, who received it on July 18, 2022.

### Co-conspirator Communications

Overt Act No. 47:    On August 19, 2022, defendant GRIGORYAN said to defendant NERSESYAN in a chat, "Ready our old house parking. Inside the Civic, the key is under the windshield.  Take the key and keep it with you."

15

1    <u>Overt Act No. 48:</u>   On August 23, 2022, defendant GRIGORYAN said
2    to defendant NERSESYAN in a chat, "Ready, the Civic's trunk.  All the
3    bags."

4    <u>Overt Act No. 49:</u>   Between August 27, 2022 and April 5, 2023,
5    defendant GRIGORYAN said to defendant NERSESYAN in chats, "Ready
6    Civic" approximately 84 times.

7    **November 16, 2022 Methamphetamine Sale Via JoyInc**

8    <u>Overt Act No. 50:</u>   On November 16, 2022, at least one co-
9    conspirator operating the "JoyInc" vendor account on the alphabay
10   marketplace accepted an order for 21 grams of methamphetamine, paid
11   via Monero, from a person who the co-conspirator believed was a drug
12   buyer, but who, in fact, was an undercover CMPD Detective.

13   <u>Overt Act No. 51:</u>   After receiving the Monero payment from a
14   CMPD Detective, at least one co-conspirator packed and shipped two
15   parcels containing a total of approximately 21.03 grams of
16   methamphetamine, obtained by a DEA Special Agent on November 30,
17   2022.

18   **December 2, 2022 Methamphetamine Sale Via JoyInc**

19   <u>Overt Act No. 52:</u>   On December 2, 2022, at least one co-
20   conspirator operating the "JoyInc" vendor account on the Incognito
21   marketplace accepted an order for seven grams of methamphetamine,
22   paid via Bitcoin, from a person who the co-conspirator believed was a
23   drug buyer, but who, in fact, was an undercover FBI Analyst.  The
24   vendor webpage stated, "Please welcome one of the oldest vendors at
25   dark world – JOYinc.  Made 10K+ sales and got A+ Rating for Quality,
26   Stealth and Delivery time[.]  Each week I have new batches of
27   COCAINE, KETAMINE, EUROPE MOONROCK MDMA, METH CRYSTALS."

28

16

1   <u>Overt Act No. 53:</u>   After receiving the Bitcoin payment from an
2   FBI Analyst, at least one co-conspirator packed and shipped a parcel
3   containing approximately 6.859 grams of methamphetamine to an FBI
4   Special Agent, who received it on December 12, 2022.

5                    **Co-conspirator Communications**

6   <u>Overt Act No. 54:</u>   On January 18, 2023, defendant NERSESYAN
7   said to defendant GRIGORYAN in a chat, "I have ordered more stamps
8   again."

9          **January 23, 2023 Methamphetamine Sale Via PlanetHollywood**

10  <u>Overt Act No. 55:</u>   On January 23, 2023, at least one co-
11  conspirator operating the "PlanetHollywood" vendor account on the
12  ASAP marketplace accepted an order for seven grams of
13  methamphetamine, paid via Bitcoin, from a person who the co-
14  conspirator believed was a drug buyer, but who, in fact, was an
15  undercover FBI Analyst.

16  <u>Overt Act No. 56:</u>   After receiving the Bitcoin payment from an
17  FBI Analyst, at least one co-conspirator packed and shipped a parcel
18  containing approximately 7.09 grams of methamphetamine to an FBI
19  Special Agent, who received it on January 27, 2023.  The parcel bore
20  sender name J.C. at an address in Anaheim, California.

21          **February 10, 2023 Methamphetamine Sale Via DopeValley**

22  <u>Overt Act No. 57:</u>   On February 10, 2023, at least one co-
23  conspirator operating the "DopeValley" vendor account on the
24  Incognito marketplace accepted an order for eight grams of
25  methamphetamine, paid via Bitcoin, from a person who the co-
26  conspirator believed was a drug buyer, but who, in fact, was an
27  undercover FBI Analyst.

28

Overt Act No. 58:  After receiving the Bitcoin payment from an FBI Analyst, at least one co-conspirator packed and shipped a parcel containing approximately 7.771 grams of methamphetamine to an FBI Special Agent, who received it on February 17, 2023.  The parcel bore sender name E.B. at an address in Encino, California.

### Co-conspirator Communications

Overt Act No. 59:  On February 17, 2023, defendant NERSESYAN said to defendant GRIGORYAN in a chat, "There are still 1600 stamps, from the older ones."

### February 17, 2023 Cocaine Sale Via DaShop

Overt Act No. 60:  On February 17, 2023, at least one co-conspirator operating the "DaShop" vendor account on the Incognito marketplace accepted an order for five grams of cocaine, paid via Bitcoin, from a person who the co-conspirator believed was a drug buyer, but who, in fact, was an undercover FBI Special Agent.

Overt Act No. 61:  After receiving the Bitcoin payment from an FBI Special Agent, at least one co-conspirator packed and shipped a parcel containing approximately 5.042 grams of a mixture and substance containing a detectable amount of cocaine to an FBI Special Agent, who received it on March 1, 2023.  The parcel bore sender name J.R. at an address in Los Angeles, California.

### February 18, 2023 Methamphetamine Sale Via PlanetHollywood

Overt Act No. 62:  On February 18, 2023, at least one co-conspirator operating the "PlanetHollywood" vendor account on the Incognito marketplace accepted an order for seven grams of methamphetamine, paid via Bitcoin, from a person who the co-conspirator believed was a drug buyer, but who, in fact, was an undercover FBI Analyst.

1    <u>Overt Act No. 63:</u>   After receiving the Bitcoin payment from an
2    FBI Analyst, at least one co-conspirator packed and shipped a parcel
3    containing approximately 6.831 grams of methamphetamine to an FBI
4    Special Agent, who received it on March 2, 2023.

5              **February 20, 2023 Methamphetamine Sale Via WhiteDoc**

6    <u>Overt Act No. 64:</u>   On February 20, 2023, at least one co-
7    conspirator operating the "WhiteDoc" vendor account on the Incognito
8    marketplace accepted an order for 3.5 grams of methamphetamine, paid
9    via Bitcoin, from a person who the co-conspirator believed was a drug
10   buyer, but who, in fact, was an undercover CMPD Detective.

11   <u>Overt Act No. 65:</u>   After receiving the Bitcoin payment from a
12   CMPD Detective, at least one co-conspirator packed and shipped a
13   parcel containing approximately 3.47 grams of methamphetamine,
14   obtained by a DEA Special Agent on February 24, 2023.

15              **February 20, 2023 MDMA Sale Via Major2Minor**

16   <u>Overt Act No. 66:</u>   On February 20, 2023, at least one co-
17   conspirator operating the "Major2Minor" vendor account on the ASAP
18   marketplace accepted an order for .3 grams of MDMA, paid via Bitcoin,
19   from a person who the co-conspirator believed was a drug buyer, but
20   who, in fact, was an undercover CMPD Detective.

21   <u>Overt Act No. 67:</u>   After receiving the Bitcoin payment from a
22   CMPD Detective, at least one co-conspirator packed and shipped a
23   parcel containing approximately 0.319 grams of MDMA, obtained by a
24   DEA Special Agent on February 24, 2023.  The parcel bore sender name
25   R.T. at an address in Oxnard, California.

26              **February 20, 2023 Methamphetamine Sale Via JoyInc**

27   <u>Overt Act No. 68:</u>   On February 20, 2023, at least one co-
28   conspirator operating the "JoyInc" vendor account on the ASAP

marketplace accepted an order for 7 grams of methamphetamine, paid via Bitcoin, from a person who the co-conspirator believed was a drug buyer, but who, in fact, was an undercover CMPD Detective.

Overt Act No. 69:  After receiving the Bitcoin payment from a CMPD Detective, at least one co-conspirator packed and shipped a parcel containing approximately 6.99 grams of methamphetamine, obtained by a DEA Special Agent on February 24, 2023.

**February 20, 2023 Methamphetamine Sale Via TomorowLand**

Overt Act No. 70:  On February 20, 2023, at least one co-conspirator operating the "TomorowLand" vendor account on the ASAP marketplace accepted an order for 2 grams of methamphetamine, paid via Bitcoin, from a person who the co-conspirator believed was a drug buyer, but who, in fact, was an undercover CMPD Detective.

Overt Act No. 71:  After receiving the Bitcoin payment from a CMPD Detective, at least one co-conspirator packed and shipped a parcel containing approximately 2.02 grams of methamphetamine, obtained by a DEA Special Agent on February 24, 2023.  The parcel bore sender name S.B.C. at an address in Glendora, California.

**February 20, 2023 Methamphetamine Sale Via JanesAddiction**

Overt Act No. 72:  On February 20, 2023, at least one co-conspirator operating the "JanesAddiction" vendor account on the ASAP marketplace accepted an order for two grams of methamphetamine, paid via Bitcoin, from a person who the co-conspirator believed was a drug buyer, but who, in fact, was an undercover CMPD Detective.

Overt Act No. 73:  After receiving the Bitcoin payment from a CMPD Detective, at least one co-conspirator packed and shipped a parcel containing approximately 2.00 grams of methamphetamine,

obtained by a DEA Special Agent on February 24, 2023.  The parcel bore sender name C.C. at an address in Los Angeles, California.

**February 20, 2023 Methamphetamine Sale Via LaFarmacia**

Overt Act No. 74:  On February 20, 2023, at least one co-conspirator operating the "LaFarmacia" vendor account on the Incognito marketplace accepted an order for seven grams of methamphetamine, paid via Bitcoin, from a person who the co-conspirator believed was a drug buyer, but who, in fact, was an undercover CMPD Detective.

Overt Act No. 75:  After receiving the Bitcoin payment from a CMPD Detective, at least one co-conspirator packed and shipped a parcel containing approximately 6.91 grams of methamphetamine, obtained by a DEA Special Agent on February 24, 2023.  The parcel bore sender name J.M. at an address in Inglewood, California.

**February 22, 2023 Methamphetamine Sale Via DopeValley**

Overt Act No. 76:  On February 22, 2023, at least one co-conspirator operating the "DopeValley" vendor account on the Incognito marketplace accepted an order for four grams of methamphetamine, paid via Bitcoin, from a person who the co-conspirator believed was a drug buyer, but who, in fact, was an undercover FBI Special Agent.

Overt Act No. 77:  After receiving the Bitcoin payment from an FBI Special Agent, at least one co-conspirator packed and shipped a parcel containing approximately 3.995 grams of methamphetamine to an FBI Special Agent, who received it on March 3, 2023.  The parcel bore sender name M.H. at an address in Corona, California.

1

## March 8, 2023 Ketamine Sale Via JoyInc

2       Overt Act No. 78:   On March 8, 2023, at least one co-

3  conspirator operating the "JoyInc" vendor account on the Ares

4  marketplace accepted an order for one gram of ketamine, paid via

5  Bitcoin, from a person who the co-conspirator believed was a drug

6  buyer, but who, in fact, was an undercover CMPD Detective.

7       Overt Act No. 79:   After receiving the Bitcoin payment from a

8  CMPD Detective, at least one co-conspirator packed and shipped a

9  parcel containing approximately 1.014 grams of ketamine, obtained by

10 a DEA Special Agent on March 17, 2023.  The parcel had a Florida

11 Everglades stamp and bore sender name T.P. at an address in Oxnard,

12 California.

13      ## AVALYAN Stamp Purchases and Repeat Sender Information

14      Overt Act No. 80:   On March 16, 2023, defendant AVALYAN

15 purchased stamps and obtained a roll of tracking number stickers at a

16 post office in Glendale, California.

17      Overt Act No. 81:   On March 28, 2023, a co-conspirator shipped

18 a United States Postal Service ("USPS") Priority Mail envelope

19 bearing tracking number 0154 and containing approximately 6.800 grams

20 of methamphetamine.  The parcel bore a Florida Everglades stamp and

21 the sender name T.P. at an address in Oxnard, California, which

22 matched the sender information for the parcel described in Overt Act

23 79.

24      Overt Act No. 82:   On April 18, 2023, defendant AVALYAN

25 purchased approximately 140 Priority stamps for $1,351 cash at a post

26 office in Glendale, California.

27      Overt Act No. 83:   On April 18, 2023, defendant AVALYAN went to

28 seven additional post offices in Pasadena, Burbank, and North

Hollywood, over approximately two and a half hours, attempting to purchase or purchasing additional stamps before returning to a commercial building on Victory Boulevard in North Hollywood.

### June 12, 2023 Shipments with AVALYAN Tracking Numbers

Overt Act No. 84:    On June 12, 2023, a co-conspirator shipped a USPS Priority Mail envelope bearing an FBI recorded tracking number ending in 5135 sold to AVALYAN on March 16, 2023, and containing approximately 4.01 grams of a mixture and substance containing a detectable amount of cocaine.  The parcel bore the sender name T.P. at an address in Oxnard, California, which matched the sender information for the parcels described in Overt Acts 79 and 81.

Overt Act No. 85:    On June 12, 2023, a co-conspirator shipped a USPS Priority Mail envelope bearing an FBI recorded tracking number ending in 4879 sold to AVALYAN on March 16, 2023, with a Florida Everglades stamp, and containing approximately 0.27 grams of MDMA.

Overt Act No. 86:    On June 12, 2023, a co-conspirator shipped a USPS Priority Mail envelope bearing an FBI recorded tracking number ending in 6255 sold to AVALYAN on March 16, 2023, and containing approximately 3.356 grams of methamphetamine.  The parcel bore a Florida Everglades stamp, and the sender name J.R. at an address in Los Angeles, California, which matched the sender information for the parcel described in Overt Act 61.

Overt Act No. 87:    On June 12, 2023, a co-conspirator shipped a USPS Priority Mail envelope bearing an FBI recorded tracking number ending in 6545 sold to AVALYAN on March 16, 2023, with a Florida Everglades stamp, and containing approximately 1.022 grams of a mixture and substance containing a detectable amount of cocaine.

**June 29, 2023 NERSESYAN Shipments**

Overt Act No. 88:   On June 29, 2023, defendant NERSESYAN shipped a USPS Priority Mail envelope bearing tracking number ending in 0606 from a post office in Los Angeles, California.  The parcel bore a Monument Valley stamp, and the sender name M.H. at an address in Corona, California, which matched the sender information for the parcel described in Overt Act 77.

Overt Act No. 89:   On June 29, 2023, defendant NERSESYAN shipped a USPS Priority Mail envelope bearing tracking number ending in 8491 from a post office in Los Angeles, California.  The parcel bore a Florida Everglades stamp, and the sender name J.R. at an address in Los Angeles, California, which matched the sender information for the parcels described in Overt Acts 61 and 86.

Overt Act No. 90:   On June 29, 2023, defendant NERSESYAN shipped a USPS Priority Mail envelope bearing tracking number ending in 5229 from a post office in Los Angeles, California.  The parcel bore a Monument Valley stamp, and the sender name S.B.C. at an address in Glendora, California, which matched the sender information for the parcel described in Overt Act 71.

Overt Act No. 91:   On June 29, 2023, defendant NERSESYAN shipped a USPS Priority Mail envelope bearing tracking number ending in 8217 from a post office in Los Angeles, California.  The parcel bore a Florida Everglades stamp, and the sender name J.C. at an address in Anaheim, California, which matched the sender information for the parcel described in Overt Act 56.

Overt Act No. 92:   On June 29, 2023, defendant NERSESYAN shipped a USPS Priority Mail envelope bearing tracking number ending in 0156 from a post office in Los Angeles, California.  The parcel

bore a Monument Valley stamp, and the sender name J.M. at an address in Inglewood, California, which matched the sender information for the parcel described in Overt Act 75.

Overt Act No. 93:   On June 29, 2023, defendant NERSESYAN shipped a USPS Priority Mail envelope bearing tracking number ending in 0699 from a post office in Los Angeles, California.  The parcel bore a Monument Valley stamp, and the sender name C.C. at an address in Los Angeles, California, which matched the sender information for the parcel described in Overt Act 73.

Overt Act No. 94:   On June 29, 2023, defendant NERSESYAN shipped a USPS Priority Mail envelope bearing tracking number ending in 0569 from a post office in Los Angeles, California.  The parcel bore a Monument Valley stamp, and the sender name E.B. at an address in Encino, California, which matched the sender information for the parcel described in Overt Act 58.

### July 21, 2023 GRIGORYAN Methamphetamine Shipments

Overt Act No. 95:   On July 21, 2023, defendant GRIGORYAN shipped a USPS Priority Mail envelope bearing a tracking number ending in 9997 from a post office in Glendale, California, and containing approximately 1.86 grams of methamphetamine.  The parcel bore a Monument Valley stamp, and the sender name R.T. at an address in Oxnard, California, which matched the sender information for the parcel described in Overt Act 67.

Overt Act No. 96:   On July 21, 2023, defendant GRIGORYAN shipped a USPS Priority Mail envelope bearing a tracking number ending in 9980 with a Monument Valley stamp from a post office in Glendale, California, and containing approximately 1.012 grams of methamphetamine.

1

**August 18, 2023 Methamphetamine Sale Via WhiteRepublic**

2   <u>Overt Act No. 97:</u>   On August 18, 2023, at least one co-

3   conspirator operating the "WhiteRepublic" vendor account on the MGM

4   Grand marketplace accepted an order for seven grams of

5   methamphetamine, paid via Bitcoin, from a person who the co-

6   conspirator believed was a drug buyer, but who, in fact, was an

7   undercover FBI Analyst.

8   <u>Overt Act No. 98:</u>   After receiving the Bitcoin payment from an

9   FBI Analyst, at least one co-conspirator packed and shipped a parcel

10   containing approximately 6.992 grams of methamphetamine to an FBI

11   Special Agent, who received it on September 5, 2023.

12   **January 9, 2024 NERSESYAN Methamphetamine Shipments**

13   <u>Overt Act No. 99:</u>   On January 9, 2024, defendant NERSESYAN

14   shipped a USPS Priority Mail envelope bearing a tracking number

15   ending in 5226 from a USPS blue mailbox in Los Angeles, California,

16   and containing approximately 1.95 grams of methamphetamine.  The

17   parcel bore the sender name S.H. at an address in Los Angeles,

18   California, which matched the sender information for the parcel

19   described in Overt Act 27.

20   <u>Overt Act No. 100:</u>   On January 9, 2024, defendant NERSESYAN

21   shipped a USPS Priority Mail envelope bearing a tracking number

22   ending in 1497 from a USPS blue mailbox in Los Angeles, California,

23   and containing approximately 3.46 grams of methamphetamine.  The

24   parcel bore the sender name S.H. at an address in Los Angeles,

25   California, which matched the sender information for the parcels

26   described in Overt Acts 27 and 99.

27

28

1

**January 12, 2024 NERSESYAN Cocaine Shipments**

2     <u>Overt Act No. 101:</u>  On January 12, 2024, defendant NERSESYAN

3 drove to an address in Glendale, California, associated with

4 defendant GRIGORYAN, parked, opened the trunk of a Honda Civic

5 registered to GRIGORYAN at that address, and obtained a large

6 quantity of envelopes from the Honda's trunk, before departing and

7 driving to a USPS blue mailbox in Los Angeles, California.

8     <u>Overt Act No. 102:</u>  On January 12, 2024, defendant NERSESYAN

9 shipped a USPS Priority Mail envelope bearing a tracking number

10 ending in 4818 from a USPS blue mailbox in Los Angeles, California,

11 and containing approximately 7.114 grams of a mixture and substance

12 containing a detectable amount of cocaine.  The parcel bore a Florida

13 Everglades stamp, and the sender name R.K. at an address in Los

14 Angeles, California, which matched the sender information for one of

15 the parcels described in Overt Act 20.

16     <u>Overt Act No. 103:</u>  On January 12, 2024, defendant NERSESYAN

17 shipped a USPS Priority Mail envelope bearing a tracking number

18 ending in 4795 from a USPS blue mailbox in Los Angeles, California

19 and containing approximately 7.027 grams of a mixture and substance

20 containing a detectable amount of cocaine.  The parcel bore a Florida

21 Everglades stamp, and the sender name S.H. at an address in Los

22 Angeles, California, which matched the sender information for the

23 parcels described in Overt Acts 27, 99, and 100.

24     **May 23, 2024 NERSESYAN Methamphetamine and MDMA Shipments**

25     <u>Overt Act No. 104:</u>  On May 23, 2024, defendant NERSESYAN drove

26 to an address in Glendale, California, associated with defendant

27 GRIGORYAN, parked, opened the trunk of a Honda Civic registered to

28 GRIGORYAN at that address, retrieved a brown box, and then drove to

approximately five different USPS blue mailboxes in El Segundo, California, and mailing approximately 143 USPS parcels.

Overt Act No. 105:  On May 23, 2024, defendant NERSESYAN shipped a USPS Priority Mail envelope bearing a tracking number ending in 6861 from a USPS blue mailbox in El Segundo, California, and containing approximately 14.103 grams of methamphetamine.  The parcel bore a Monument Valley stamp, and the sender name F.W. at an address in Los Angeles, California, which matched the sender information for the parcels described in Overt Acts 24 and 40.

Overt Act No. 106:  On May 23, 2024, defendant NERSESYAN shipped a USPS Priority Mail envelope bearing a tracking number ending in 6892 from a USPS blue mailbox in El Segundo, California, and containing approximately 4.998 grams of methamphetamine.  The parcel bore a Monument Valley stamp, and the sender name S.H. in Los Angeles, California, which matched the sender information for the parcels described in Overt Acts 27, 99, 100, and 103.

Overt Act No. 107:  On May 23, 2024, defendant NERSESYAN shipped a USPS Priority Mail envelope bearing a tracking number ending in 9961 from a USPS blue mailbox in El Segundo, California, and containing approximately 0.30 grams of MDMA.  The parcel bore a Monument Valley stamp, and the sender name M.I. at an address in Los Angeles, California, which matched the sender information for one of the parcels described in Overt Act 20.

**July 11, 2024 GEVORGYAN MDMA and Ketamine Shipments**

Overt Act No. 108:  On July 11, 2024, defendant GEVORGYAN drove to defendant GRIGORYAN's residence in Glendale, California, entered the residence, and exited a few minutes later with a bag, before proceeding at a high rate of speed to a post office in Montrose,

California, and later to another post office in La Cañada Flintridge, California.

Overt Act No. 109:  On July 11, 2024, defendant GEVORGYAN shipped a USPS Priority Mail envelope bearing a tracking number ending in 9583 from a post office in La Cañada Flintridge, California, and containing approximately 2.015 grams of MDMA.  The parcel bore a Monument Valley stamp, and the sender name F.W. at an address in Los Angeles, California, which matched the sender information for the parcels described in Overt Acts 24, 40, and 105.

Overt Act No. 110:  On July 11, 2024, defendant GEVORGYAN shipped a USPS Priority Mail envelope bearing a tracking number ending in 8813 with a Monument Valley stamp from a post office in La Cañada Flintridge, California, and containing approximately 3.647 grams of ketamine.

### August 27, 2024 AVALYAN Stamp Purchase

Overt Act No. 111:  On August 27, 2024, defendant AVALYAN purchased approximately 2,700 stamps for $2,717 in cash from a post office in Glendale, California.

### September 2024 Darknet Drug Listings

Overt Act No. 112:  On September 16, 2024, a co-conspirator operating the "TomorowLand" vendor account on the Archetyp market advertised, "Purest METH Crystal Shards (Methamphetamine)" with an option to purchase 56 grams for 4.902 Monero cryptocurrency, and further advertised that the drugs were sourced from the United States and could be shipped within the United States.

Overt Act No. 113:  On September 16, 2024, a co-conspirator operating the "WhiteRepublic" vendor account on the Archetyp market advertised, "[Finalize Early]!!!FE Discount!!! Crystal

Methamphetamine AAA+++" with an option to purchase 500 grams for 35.4478 Monero cryptocurrency, and further advertised that the drugs were sourced from the United States and could be shipped within the United States.

Overt Act No. 114:  On September 18, 2024, a co-conspirator operating the "JoyInc" vendor account on the Archetyp market advertised, "[Finalize Early] LIMITED Quantity Discount for WHITE LOTUS 93% COCAINE" with an option to purchase 1000 grams for 150.9634 Monero cryptocurrency, and further advertised that the drugs were sourced from the United States and could be shipped within the United States.

**February 2025 Darknet Drug Listings**

Overt Act No. 115:  On February 3, 2025, a co-conspirator operating the "LaFarmacia" vendor account on the Abacus market advertised, "28G + 2G FREE Crystal 'Diamond' Meth (Methamphetamine)" for 0.00426780 Bitcoin cryptocurrency, with shipment from the United States to within the United States.

Overt Act No. 116:  On February 4, 2025, a co-conspirator operating the "JanesAddiction" vendor account on the Abacus market advertised, "28g Methamphetamine – Uncut Pure Crystal Ice Meth" for 0.00423732 Bitcoin cryptocurrency, with shipment from the United States to within the United States, along with 65 views and 4 sales of the advertisement.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(a)]

[DEFENDANT AVALYAN]

On or about June 12, 2023, in Los Angeles County, within the Central District of California, defendant DAVIT AVALYAN, and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly and intentionally distributed cocaine, a Schedule II narcotic drug controlled substance.

1                                COUNT THREE

2           [21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(a)]

3                            [DEFENDANT AVALYAN]

4        On or about June 12, 2023, in Los Angeles County, within the

5   Central District of California, defendant DAVIT AVALYAN, and others

6   known and unknown to the Grand Jury, each aiding and abetting the

7   others, knowingly and intentionally distributed 3, 4-

8   Methylenedioxymethamphetamine ("MDMA"), a Schedule I controlled

9   substance.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(a)]

[DEFENDANT AVALYAN]

On or about June 12, 2023, in Los Angeles County, within the Central District of California, defendant DAVIT AVALYAN, and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance.

COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

[DEFENDANT GRIGORYAN]

On or about July 21, 2023, in Los Angeles County, within the Central District of California, defendant HAYK GRIGORYAN, also known as "Hayk Greg," knowingly and intentionally possessed with intent to distribute methamphetamine, a Schedule II controlled substance.

COUNT SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

[DEFENDANT NERSESYAN]

On or about January 9, 2024, in Los Angeles County, within the Central District of California, defendant GURGEN NERSESYAN, also known as "Guro Tiko," knowingly and intentionally possessed with intent to distribute methamphetamine, a Schedule II controlled substance.

COUNT SEVEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

[DEFENDANT NERSESYAN]

On or about January 12, 2024, in Los Angeles County, within the Central District of California, defendant GURGEN NERSESYAN, also known as "Guro Tiko," knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II narcotic drug controlled substance.

COUNT EIGHT

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

[DEFENDANT NERSESYAN]

On or about May 23, 2024, in Los Angeles County, within the Central District of California, defendant GURGEN NERSESYAN, also known as "Guro Tiko," knowingly and intentionally possessed with intent to distribute at least five grams, that is, approximately 14.103 grams, of methamphetamine, a Schedule II controlled substance.

COUNT NINE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

[DEFENDANT NERSESYAN]

On or about May 23, 2024, in Los Angeles County, within the Central District of California, defendant GURGEN NERSESYAN, also known as "Guro Tiko," knowingly and intentionally possessed with intent to distribute methamphetamine, a Schedule II controlled substance.

COUNT TEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

[DEFENDANT NERSESYAN]

On or about May 23, 2024, in Los Angeles County, within the Central District of California, defendant GURGEN NERSESYAN, also known as "Guro Tiko," knowingly and intentionally possessed with intent to distribute 3, 4-Methylenedioxymethamphetamine ("MDMA"), a Schedule I controlled substance.

                              COUNT ELEVEN

                    [21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

                        [DEFENDANT GEVORGYAN]

     On or about July 11, 2024, in Los Angeles County, within the
Central District of California, defendant HRANT GEVORGYAN knowingly
and intentionally possessed with intent to distribute 3, 4-
Methylenedioxymethamphetamine ("MDMA"), a Schedule I controlled
substance.

COUNT TWELVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(E)(i)]

[DEFENDANT GEVORGYAN]

On or about July 11, 2024, in Los Angeles County, within the Central District of California, defendant HRANT GEVORGYAN knowingly and intentionally possessed with intent to distribute ketamine, a Schedule III controlled substance.

FORFEITURE ALLEGATION

[21 U.S.C. § 853]

1.  Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, in the event of any defendant's conviction of the offenses described in any of Counts One through Twelve of this Indictment.

2.  Any defendant so convicted shall forfeit to the United States of America the following:

a.  All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which said defendant obtained, directly or indirectly, from any such offense;

b.  All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense; and

c.  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.  Pursuant to Title 21, United States Code, Section 853(p), any defendant so convicted shall forfeit substitute property if, by any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in

1   value; or (e) has been commingled with other property that cannot be

2   divided without difficulty.

3

4                                          A TRUE BILL

5

6                                          /S/ _____
                                           Foreperson

7

8   JOSEPH T. MCNALLY
    Acting United States Attorney

9

10  *Lindsey Greer Dotson*

11  LINDSEY GREER DOTSON
    Assistant United States Attorney
12  Chief, Criminal Division

13  J. MARK CHILDS
    Assistant United States Attorney
14  Chief, International Narcotics,
    Money Laundering & Racketeering
15  Section

16  BRITTNEY M. HARRIS
    Assistant United States Attorney
17  Deputy Chief, International
    Narcotics, Money Laundering &
18  Racketeering Section

19  JAMES A. SANTIAGO
    Assistant United States Attorney
20  International Narcotics, Money
    Laundering & Racketeering Section

21

22

23

24

25

26

27

28