## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 25-228 PA | Date | May 30, 2025 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Kamilla Sali-Suleyman | Suzanne McKennon | James Santiago, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Davit Avalyan | X | | X | 1. Jilbert Tahmazian | X | | X |
| 2. Hrant Gevorgyan | X | X | | 2. Alan Eisner | X | | X |
| 3. Hayk Grigoryan | X | X | | 3. Nelly Ispiryan appearing for Eugene Patterson Harris | X | | X |
| 4. Gurgen Nersesyan | X | | X | 4. David Yerkanyan appearing for George G. Mgdesyan | X | | X |

**Proceedings:**   STATUS CONFERENCE

    Cause called; appearances made. Court and counsel confer regarding the status of the case and discovery. The Court sets a Further Status Conference for June 26, 2025, at 1:30 p.m.

    IT IS SO ORDERED.

                                                                                                           : 20

                                            Initials of Deputy Clerk    kss

**cc: USMO, PSA**