JAMES A. SANTIAGO (Cal. Bar No. 300459)
Assistant United States Attorney
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2229

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | No. CR 2:25-00228-PA |
| v. | |
| DAVIT AVALYAN, HRANT GEVORGYAN, HAYK GRIGORYAN, and GURGEN NERSESYAN | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☒ Filed ☐ Lodged: **(List Documents)**

GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS AND DECLARATION OF JAMES A. SANTIAGO; [PROPOSED] ORDER SEALING DOCUMENTS; UNDER SEAL DOCUMENT

**Reason:**

☒ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

September 11, 2025           /s/ James A. Santiago
Date                         Attorney Name
                             UNITED STATES OF AMERICA
                             Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)           NOTICE OF MANUAL FILING OR LODGING