JILBERT TAHMAZIAN; 143574
ANDREW J. TAHMAZIAN; 361712
TAHMAZIAN LAW FIRM P.C.
1518 West Glenoaks Blvd.,
Glendale, CA 91201
Telephone: (818) 242-8201
Facsimile: (818) 242-8246
Attorney for Defendant,
DAVID AVALYAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO.: 2:25-CR-00228 |
|---|---|
| PLAINTIFF | **DECLARATION OF SURETIES CONSENTING TO MODIFICATION OF CONDITIONS OF RELEASE AND REMOVAL OF ELECTRONIC LOCATION MONITORING** |
| vs. | |
| DAVIT AVALYAN | |
| DEFENDANT. | |

Defendant Davit Avalyan, by and through his attorneys, Jilbert Tahmazian and Andrew Tahmazian, hereby filed the attached signed declarations of sureties Alvarina Chilingaryan and Hayk Avalyan consenting to the modification of the conditions of Mr. Avalyan's bond and removal of electronic location monitoring.

Date: 12/18/25

BY: _____
Jilbert Tahmazian,
Andrew J. Tahmazian
Attorneys for Defendant,
Davit Avalyan

1

# DECLARATION OF ALVARINA CHILINGARYAN

I, Alvarina Chilingaryan, do declare and state:

1. I am the surety for Davit Avalyan in United States v. Avalyan, Case No. 2:25-CR-00228.

2. I have reviewed the joint stipulation to modify defendant's bond conditions.

3. I consent to the modification of Mr. Avalyan's bond and removal of his electronic location monitoring.

4. I declare under penalty of perjury, that the foregoing is true and correct.

Executed this, the  December   date of  18  , 2025, at Los Angeles, California

Signed by:
Alvarina Chilingaryan

2

## DECLARATION OF HAYK AVALYAN

I, Hayk Avalyan, do declare and state:

1. I am the surety for Davit Avalyan in United States v. Avalyan, Case No. 2:25-CR-00228.

2. I have reviewed the joint stipulation to modify defendant's bond conditions.

3. I consent to the modification of Mr. Avalyan's bond and removal of his electronic location monitoring.

4. I declare under penalty of perjury, that the foregoing is true and correct.

Executed this, the 18 date of December, 2025, at Los Angeles, California

Signed by:
F575C787402545D
Hayk Avalyan