JILBERT TAHMAZIAN; 143574
ANDREW J. TAHMAZIAN; 361712
TAHMAZIAN LAW FIRM P.C.
1518 West Glenoaks Blvd.,
Glendale, CA 91201
Telephone: (818) 242-8201
Facsimile:  (818) 242-8246
Attorney for Defendant,
DAVID AVALYAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF<br><br>vs.<br><br><br>DAVIT AVALYAN<br><br>DEFENDANT. | CASE NO.: 2:25-CR-00228<br><br>**STIPULATION AND [PROPOSED] ORDER FOR RELEASE OF DEFENDANT'S PASSPORTS** |

Defendant Davit Avalyan, by and through his attorneys, Jilbert Tahmazian and Andrew Tahmazian, and Plaintiff United States of America, by and through its attorney, AUSA James Santiago, hereby submit this joint stipulation for an order releasing Defendant's passports. The government has no objection to releasing the items indicated to the Defendant.

**IT IS HEREBY STIPULATED** by and between all parties, as follows:

1. Defendant has surrendered his passports pursuant to conditions imposed in this matter.

2. Attorney Jilbert Tahmazian caused an email to be sent to AUSA James Santiago requesting the return of Defendant's passports on March 31, 2026.

1

3.  On April 9, 2025, AUSA James Santiago responded to the counsel office's email with indication that there is no objection to the release of the Defendant's passports.

4.  Defendant's passports are in possession of United States Probation Office and defendant is serving his custodial sentence with an expected release date of 03/21/2030 per the BOP inmate locator website.

5.  The parties agree that the return of these items will not pose a risk of flight or danger to the communication and that the Defendant will remain subject to all other conditions previously imposed by the Honorable Court.

6.  The parties therefore stipulate and respectfully request that the Court order the release of Defendant's passports to Defendant, Defendant's counsel or Defendant's wife, Alverina Chilingaryan.

**IT IS SO STIPULATED.**

**DATE**: April 14, 2026                **TAHMAZIAN LAW FIRM, P.C.**

                                BY:    /s/Jilbert Tahmazian _____
                                       Jilbert Tahmazian,
                                       Andrew J. Tahmazian
                                       Attorneys for Defendant,
                                       Davit Avalyan

**DATE**: April 14, 2026                BY: /s/James Santiago_____
                                       James Santiago
                                       Assistant United States Attorney
                                       Attorney for Plaintiff,
                                       United States of America
                                       E-Signature Authorized by Email

2

JILBERT TAHMAZIAN; 143574
ANDREW J. TAHMAZIAN; 361712
TAHMAZIAN LAW FIRM P.C.
1518 West Glenoaks Blvd.,
Glendale, CA 91201
Telephone: (818) 242-8201
Facsimile:  (818) 242-8246
Attorney for Defendant,
DAVID AVALYAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO.: 2:25-CR-00228 |
|---|---|
| PLAINTIFF | **[PROPOSED] ORDER FOR RELEASING DEFENDANT'S PASSPORTS** |
| vs. | |
| DAVIT AVALYAN | |
| DEFENDANT. | |

Pursuant to the foregoing stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's passport and driver's license shall be released to Defendant, Defendant's counsel forthwith or Defendant's spouse, Alverina Chilingaryan.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Percy Anderson

3